UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED

2012 AUG 10 P 1:59

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT. CLERK

Wesley H Lonas JR )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

3:12-CV-425

v. )

Sevier County &  )
Sheriff RON Seals )
_____ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____
        _____

        Defendants: _____
        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Sevier County Jail

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Wrote grievance out

2. What was the result? didn't get a response

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Wesley H. Lonas JR

Present address: 137 Commerce St Sevier e TN 37862

Permanent home address: 905 Diamond Circle Lafayette GA 30728

Address of nearest relative: 53 Fortune St Lafayette GA 30728

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Sevier County

Official position: _____

Place of employment: _____

C. Additional defendants: Sheriff Ron Seals

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

In Sevier County, all sex offenders don't recieve any program credits from the county. Other than DUI

3

(which is a law) sex offenders only recieve credits from the state. The county and Sheriff (Ron Seals) both back this which is plain discrimantion towards sex offenders. If a sex offender goes to prison or even to surrounding counties they recieve all the credits from both County and State, & This county & Sheriff choose one crime to isolate out of every crime, even murder.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want all the program credits due to me. I want all past, present, and future sex offenders to recieve all the program credits due to them.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this __8th__ day of __August__, 20__12__.

_Wesley M. Jones Jr_
Signature of plaintiff(s)

5



Wesley Lewis
131 Commerce St
Sevierville TN 37862

Eastern District of Tennessee
United States District Court
800 Market St
Suite 130
Knoxville TN 37902

Sender of Letter Inmate of Correctional Facility

Sevier County Jail has neither inspected nor censored, and is not responsible for the contents of this letter.

Clerk, U. S. District Court
Eastern District of Tennessee
AUG 10 2012

KNOXVILLE TN 377
09 AUG 2012 PM 4 L