UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>WESLEY H. LONAS, JR.</u>,

    Plaintiff,

v.                                           No.: 3:12-cv-425
                                                   (VARLAN/SHIRLEY)

<u>SEVIER COUNTY, TENNESSEE,</u>
<u>and SHERIFF RON SEALS</u>,

    Defendants.

## JUDGMENT ORDER

For the reasons stated in the Court's Memorandum and Order, the Court **ORDERS** that this action is **DISMISSED** as frivolous and for failure to state a claim for relief. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                        s/ Thomas A. Varlan
                                        UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ *Debra C. Poplin*
      CLERK OF COURT